Anthony Lee McNAIR, Plaintiff–Appellant,

and

Chiquita R. Bryant, Plaintiff,

v.

CITY OF WILMINGTON, Defendant–Appellee.

Anthony L. McNair, Plaintiff–Appellant,

v.

City of Rocky Mount Police Department; City of Rocky Mount, Defendants–Appellees.

Anthony L. McNair, Plaintiff–Appellant,

v.

S.C. Hicks; N.B. Newsome; C. Lawance; Robert A. Evan, Defendants–Appellees.

Nos. 13–1293, 13–1307, 13–1308.

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2013.

Decided: May 2, 2013.

Anthony Lee McNair, Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Anthony Lee McNair appeals the district court's orders adopting the recommendations of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaints under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McNair v. City of Wilmington*, No. 4:12–cv–00276–FL (E.D.N.C. Feb. 27, 2013); *McNair v. City of Rocky Mount Police Dep't*, No. 4:12–cv–00275–FL (E.D.N.C. Feb. 27, 2013); *McNair v. Hicks*, No. 4:12–cv–00274–FL (E.D.N.C. Feb. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*